Thomas *v.* Feaster.

---

## Thomas v. Feaster.

APPEAL from the *Rush* Circuit Court.

*Per Curiam.*—The appellant sued the appellee to recover certain real estate, to which his pleadings showed he claimed title by virtue of a judgment, execution, sheriff's sale, and deed. It appears the judgment was recorded in *January,*

1859, in the Common Pleas Court, upon confession, on warrant of attorney, for 1100 dollars.

At that term the Common Pleas had no jurisdiction to render judgment for more than a 1000 dollars. The demurrer to the complaint should have been sustained. *Marsh et al.* v. *Sherman,* 12 Ind. 358; *Shaw* v. *Gallagher,* 8 *id.* 252; *Armstrong* v. *Jackson,* 1 Blackf. 210.

The judgment is affirmed, with costs.

*J. S. Scobey,* for the appellee.